```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


THOMAS GRIFFITH,                   :    CIVIL ACTION
          Plaintiff,               :
                                   :    NO.  02-4736
     v.                            :
                                   :
GOTHAM PAPER RECYCLING, et al.,    :
          Defendants.              :
```

**AMENDED SCHEDULING ORDER**

AND NOW, this 18th day of March, 2003, upon consideration of the joint letter request of counsel dated March 14, 2003, it is hereby ORDERED that this court's scheduling order of October 1, 2002 is amended as follows:

    1.   All discovery is to be completed by June 1, 2003.

    2.   All dispositive motions are due June 6, 2003.

    3.   This case will be placed in the trial pool on July 7, 2003.

                               BY THE COURT:


                                 RONALD L. BUCKWALTER, J.